IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MIKELL MCCALL, | : |
|     Plaintiff, | : Case No. 2:18-cv-228 |
| v. | : JUDGE ALGENON L. MARBLEY |
| MARK STEGEMOLLER, | : Magistrate Judge Deavers |
|     Defendant. | : |

## ORDER

This matter comes before the Court on the Magistrate Judge's June 6, 2018, Report and Recommendation which recommended that the Court dismiss the action for failure to state a claim. (ECF No. 2)

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (*Id.* at 6). The parties have failed to file any objections, and the deadline for objections (June 20, 2018) has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. The action is **DISMISSED**.

**IT IS SO ORDERED.**

                                               s/ Algenon L. Marbley
                                               **ALGENON L. MARBLEY**
                                               **UNITED STATES DISTRICT JUDGE**

**DATED: June 29, 2018**